**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:  IBRAHIM, ANWAR M.<br>SSN: xxx-xx-1121<br><div align="right">**Debtor(s)**</div> | Chapter 13<br>Case No. 19-12211-FJB |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF**
**THE DEBTOR'S CHAPTER 13 PLAN**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtor's Amended Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. The Debtor filed a Chapter 13 petition for bankruptcy relief on June 27, 2019.

2. On August 7, 2019, the Trustee convened and presided at a Section 341 Meeting of Creditors wherein the Debtor appeared with Counsel was sworn and examined.

3. The Debtor filed the Plan on September 3, 2019. The Trustee is unable to recommend confirmation at this time.

4. The Debtor has failed to use MBLR Official Local Form 3 as required by MLBR 13-4. Further, the Debtor lists claims on Schedules D – F but the Plan fails to provide for payment to any creditors listed on Schedule D.

5. In addition, Schedule I lists no income other than family contributions and Schedule J fails to include any expenses for housing including rent and/or mortgage. It appears that the Plan is not feasible as the Debtor has not evidenced sufficient income to make Plan payments.

6. Based on the aforementioned, the Trustee is unable to recommend the Plan for confirmation at this time.

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and for such other relief as is proper.

Dated: <u>September 6, 2019</u>            Respectfully submitted,
                                          Carolyn A. Bankowski
                                          Standing Chapter 13 Trustee
                                          By: **/s/ Carolyn A. Bankowski**
                                          Carolyn A. Bankowski, BBO# 631056
                                          Patricia A. Remer, BBO #639594
                                          Office of the Chapter 13 Trustee
                                          PO Box 8250
                                          Boston, MA  02114-0033
                                          (617) 723-1313
                                          13Trustee@ch13boston.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:  IBRAHIM, ANWAR M.**<br>    SSN: xxx-xx-1121<br>                                    **Debtor(s)** | **Chapter 13**<br>**Case No. 19-12211-FJB** |

### Certificate of Service

The undersigned hereby certifies that on <u>September 6, 2019</u>, a copy of the Trustee's Objection to Debtors' Chapter 13 Plan was served via electronic filing, first class mail, postage prepaid on the debtor and debtor's counsel at the addresses set forth below.

Anwar M. Ibrahim
263 Pearl Street
Malden, MA 02148

By: <u>**/s/ Carolyn A. Bankowski**</u>
    Carolyn A. Bankowski